# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2016

### NO. 03-14-00632-CV

**Karl B. Bailey, Appellant**

**v.**

**MidFirst Bank, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on July 2, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.